Case No: **15-34832**
Debtor(s): **Damon Darron Jones**
**Nicole Renee Jones**

## Plan Summary and Statistical Cover Sheet for Proposed Plan Modification

Date: **10/12/2015**
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| (A) Projected Schedule "I" Income (as shown on most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | (C) Projected Disposable Income | (D) Beg. Month # | (E) End Month # | (F) Payment Amount | (G) Payments for the Benefit of Creditors | | (H) Savings Expense from Line 21 of Schedule J | | (I) Total Monthly Trustee Payment Including Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Pre-Modification Payments to Trustee | | | -- | | -- | | -- |
| | | | | | | Per Month | Total | Per Month | Total | |
| $6,377.82 | $3,606.00 | $2,771.82 | 1: 10/15 | 12: 09/16 | $2,770.00 | $2,770.00 | $33,240.00 | $0.00 | $0.00 | $33,240.00 |
| | | | 13: 10/16 | 24: 09/17 | $3,700.00 | $3,700.00 | $44,400.00 | $0.00 | $0.00 | $44,400.00 |
| | | | 25: 10/17 | 60: 09/20 | $4,600.00 | $4,600.00 | $165,600.00 | $0.00 | $0.00 | $165,600.00 |
| | | | | Grand Total | | | $243,240.00 | | $0.00 | $243,240.00 |
| | | | | Less Posted Chapter 13 Trustee Fee* | | | $14,472.72 | | $0.00 | $14,472.72 |
| | | | | Net Available | | | $228,767.28 | | $0.00 | $228,767.28 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Internal Revenue Service** | **Priority** | Total Pre-Modification Payments by Trustee | | | | -- |
| None | | 0.00% | 54 | 60 | Pro-Rata | $4,665.59 |
| **Law Office of P.J. Franklin, P.C.** | **Priority** | Total Pre-Modification Payments by Trustee | | | | -- |
| None | | 0.00% | 1 | 36 | Pro-Rata | $4,000.00 |
| **Chase** | **Principal Res.** | Total Pre-Modification Payments by Trustee | | | | -- |
| 10703 Karter Court  Houston, TX | | 0.00% | 1 | 60 | $2,352.87 | $141,172.20 |
| **Chase** | **Principal Res.** | Total Pre-Modification Payments by Trustee | | | | -- |
| 10703 Karter Court  Houston, TX | (Arrearage) | 0.00% | 36 | 54 | Pro-Rata | $35,000.00 |
| **Ally Financial** | **Secured** | Total Pre-Modification Payments by Trustee | | | | -- |
| 2011 Cadilac Escalade | | 5.25% | 1 | 36 | Pro-Rata | $22,243.68 |
| **First Community Cred U** | **Secured** | Total Pre-Modification Payments by Trustee | | | | -- |
| 2011 Infiniti | | 5.25% | 1 | 36 | Pro-Rata | $13,346.20 |
| **Internal Revenue Service** | **Secured** | Total Pre-Modification Payments by Trustee | | | | -- |
| income | | 0.00% | 54 | 60 | Pro-Rata | $7,741.17 |
| | | | | | Grand Total | $228,168.84 |

\* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No:     15-34832
Debtor(s):   **Damon Darron Jones**
             **Nicole Renee Jones**

| SUMMARY OF PAYMENTS | |
|---|---|
| Net Available to Creditors (Must Equal Net Available from Column G Above) | **$228,767.28** |
| Less Estimated Attorneys' fees | **$4,000.00** |
| Less Total to Priority Creditors | **$4,665.59** |
| Less Total to Secured Creditors | **$219,503.25** |
| Net Available for Unsecured Creditors | **$598.44** |
| Estimated General Unsecured Claims | **$250,168.84** |
| Forecast % Dividend on General Unsecured Claims | **0%** |

| BEST INTEREST TEST | |
|---|---|
| Value of total non-exempt property | **$0.00** |
| Total distributions to all priority and general unsecured creditors | **$9,264.03** |