Case No:  15-34832
Debtor(s):  **Damon Darron Jones**
**Nicole Renee Jones**

*AMENDED 2/9/2016*

## Plan Summary and Statistical Cover Sheet for Proposed Plan Modification

Date:  __2/9/2016__
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| (A) Projected Schedule "I" Income (as shown on most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | (C) Projected Disposable Income | (D) Beg. Month # | (E) End Month # | (F) Payment Amount | (G) Payments for the Benefit of Creditors | | (H) Savings Expense from Line 21 of Schedule J | | (I) Total Monthly Trustee Payment Including Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Per Month | Total | Per Month | Total | |
| | | | | Total Pre-Modification Payments to Trustee | | -- | | -- | | -- |
| $6,377.82 | $3,606.00 | $2,771.82 | 1: 10/15 | 12: 09/16 | $2,770.00 | $2,770.00 | $33,240.00 | $0.00 | $0.00 | $33,240.00 |
| | | | 13: 10/16 | 24: 09/17 | $3,700.00 | $3,700.00 | $44,400.00 | $0.00 | $0.00 | $44,400.00 |
| | | | 25: 10/17 | 60: 09/20 | $4,000.00 | $4,000.00 | $144,000.00 | $0.00 | $0.00 | $144,000.00 |
| | | | | Grand Total | | | $221,640.00 | | $0.00 | $221,640.00 |
| | | | | Less Posted Chapter 13 Trustee Fee* | | | $13,187.52 | | $0.00 | $13,187.52 |
| | | | | Net Available | | | $208,452.48 | | $0.00 | $208,452.48 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Internal Revenue Service** **None** | Priority | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 14 | 14 | $19.70 | $4,665.59 |
| | | | 15 | 24 | $88.60 | |
| | | | 25 | 58 | $110.98 | |
| **Law Office of P.J. Franklin, P.C.** **None** | Priority | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 1 | 12 | $178.47 | $4,000.00 |
| | | | 13 | 13 | $1,053.13 | |
| | | | 14 | 14 | $805.23 | |
| **Chase** **10703 Karter Court  Houston, TX** | Principal Res. | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 1 | 60 | $2,352.87 | $141,172.20 |

\* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No: 15-34832
Debtor(s): **Damon Darron Jones**
**Nicole Renee Jones**

| **Chase** | **Principal Res.** | Total Pre-Modification Payments by Trustee | | | | -- |
|---|---|---|---|---|---|---|
| 10703 Karter Court  Houston, TX | **(Arrearage)** | **0.00%** | 14 | 14 | $147.77 | $35,000.00 |
| | | | 15 | 24 | $664.62 | |
| | | | 25 | 58 | $832.50 | |
| **First Community Cred U** | **Secured** | Total Pre-Modification Payments by Trustee | | | | -- |
| 2011 Infiniti | | **5.25%** | 1 | 13 | $73.85 | $6,795.10 |
| | | | 14 | 14 | $95.88 | |
| | | | 15 | 24 | $111.07 | |
| | | | 25 | 58 | $136.61 | |
| **Internal Revenue Service** | **Secured** | Total Pre-Modification Payments by Trustee | | | | -- |
| income | | **0.00%** | 14 | 14 | $58.40 | $13,833.53 |
| | | | 15 | 24 | $262.69 | |
| | | | 25 | 58 | $329.04 | |
| | | | | | Grand Total | $205,466.42 |

| **SUMMARY OF PAYMENTS** | |
|---|---|
| Net Available to Creditors (Must Equal Net Available from Column G Above) | $208,452.48 |
| Less Estimated Attorneys' fees | $4,000.00 |
| Less Total to Priority Creditors | $4,665.59 |
| Less Total to Secured Creditors | $196,800.83 |
| Net Available for Unsecured Creditors | $2,986.06 |
| Estimated General Unsecured Claims | $229,939.58 |
| Forecast % Dividend on General Unsecured Claims | 1% |

| **BEST INTEREST TEST** | |
|---|---|
| Value of total non-exempt property | $0.00 |
| Total distributions to all priority and general unsecured creditors | $11,651.65 |