Case No:   15-34832
Debtor(s):   **Damon Darron Jones**
             **Nicole Renee Jones**

## Plan Summary and Statistical Cover Sheet for Proposed Plan Modification

Date: _____**2/15/2016**_____
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| (A) Projected Schedule "I" Income (as shown on most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | (C) Projected Disposable Income | (D) Beg. Month # | (E) End Month # | (F) Payment Amount | (G) Payments for the Benefit of Creditors | | (H) Savings Expense from Line 21 of Schedule J | | (I) Total Monthly Trustee Payment Including Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Pre-Modification Payments to Trustee | | | -- | | -- | | -- |
| | | | | | | Per Month | Total | Per Month | Total | |
| $6,551.04 | $3,547.00 | $3,004.04 | 1: 10/15 | 5: 02/16 | $2,770.00 | $2,770.00 | $13,850.00 | $0.00 | $0.00 | $13,850.00 |
| | | | 6: 03/16 | 24: 09/17 | $3,000.00 | $3,000.00 | $57,000.00 | $0.00 | $0.00 | $57,000.00 |
| | | | 25: 10/17 | 60: 09/20 | $4,250.00 | $4,250.00 | $153,000.00 | $0.00 | $0.00 | $153,000.00 |
| | | | | Grand Total | | | $223,850.00 | | $0.00 | $223,850.00 |
| | | | | Less Posted Chapter 13 Trustee Fee* | | | $13,318.87 | | $0.00 | $13,318.87 |
| | | | | Net Available | | | $210,531.13 | | $0.00 | $210,531.13 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Internal Revenue Service**<br>**None** | **Priority** | \multicolumn{4}{l}{Total Pre-Modification Payments by Trustee} | -- |
| | | 0.00% | 47 | 58 | Pro-Rata | $4,665.59 |
| **Law Office of P.J. Franklin, P.C.**<br>**None** | **Priority** | \multicolumn{4}{l}{Total Pre-Modification Payments by Trustee} | -- |
| | | 0.00% | 6 | 12 | $394.78 | $4,000.00 |
| | | | 13 | 13 | $394.76 | |
| | | | 14 | 14 | $394.78 | |
| | | | 15 | 15 | $447.00 | |
| **Chase**<br>**10703 Karter Court  Houston, TX** | **Principal Res.** | \multicolumn{4}{l}{Total Pre-Modification Payments by Trustee} | -- |
| | | 0.00% | 1 | 60 | $2,352.87 | $141,172.20 |
| **Chase**<br>**10703 Karter Court  Houston, TX** | **Principal Res. (Arrearage)** | \multicolumn{4}{l}{Total Pre-Modification Payments by Trustee} | -- |
| | | 0.00% | 25 | 47 | Pro-Rata | $35,000.00 |

\* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No:   15-34832
Debtor(s):   **Damon Darron Jones**
             **Nicole Renee Jones**

| Ally Financial | | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
|---|---|---|---|---|---|---|---|
| 2011 Cadilac Escalade | | | 0.00% | 1 | 4 | $250.00 | $1,000.00 |
| First Community Cred U | | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
| 2011 Infiniti | | | 5.25% | 1 | 25 | Pro-Rata | $6,425.56 |
| Internal Revenue Service | | Secured | Total Pre-Modification Payments by Trustee | | | | -- |
| income | | | 1.25% | 47 | 58 | Pro-Rata | $14,609.45 |
| | | | | | | Grand Total | $206,872.80 |

| SUMMARY OF PAYMENTS | | | BEST INTEREST TEST | |
|---|---|---|---|---|
| Net Available to Creditors (Must Equal Net Available from Column G Above) | $210,531.13 | | Value of total non-exempt property | $0.00 |
| Less Estimated Attorneys' fees | $4,000.00 | | Total distributions to all priority and general unsecured creditors | $12,323.92 |
| Less Total to Priority Creditors | $4,665.59 | | | |
| Less Total to Secured Creditors | $198,207.21 | | | |
| Net Available for Unsecured Creditors | $3,658.33 | | | |
| Estimated General Unsecured Claims | $229,939.58 | | | |
| Forecast % Dividend on General Unsecured Claims | 1% | | | |