Case No: 15-34832
Debtor(s): **Damon Darron Jones**
**Nicole Renee Jones**

*AMENDED 2/29/2016*

## Plan Summary and Statistical Cover Sheet for Proposed Plan Modification

Date: _____2/29/2016_____
(Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| (A) Projected Schedule "I" Income (as shown on most recently filed Schedule I) | (B) Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | (C) Projected Disposable Income | (D) Beg. Month # | (E) End Month # | (F) Payment Amount | (G) Payments for the Benefit of Creditors | | (H) Savings Expense from Line 21 of Schedule J | | (I) Total Monthly Trustee Payment Including Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Pre-Modification Payments to Trustee | -- | | -- | | -- |
| | | | | | | Per Month | Total | Per Month | Total | |
| $6,551.04 | $3,547.00 | $3,004.04 | 1: 10/15 | 5: 02/16 | $2,556.80 | $2,556.80 | $12,784.00 | $0.00 | $0.00 | $12,784.00 |
| | | | 6: 03/16 | 24: 09/17 | $3,000.00 | $3,000.00 | $57,000.00 | $0.00 | $0.00 | $57,000.00 |
| | | | 25: 10/17 | 60: 09/20 | $4,250.00 | $4,250.00 | $153,000.00 | $0.00 | $0.00 | $153,000.00 |
| | | | | Grand Total | | | $222,784.00 | | $0.00 | $222,784.00 |
| | | | | Less Posted Chapter 13 Trustee Fee* | | | $13,255.47 | | $0.00 | $13,255.47 |
| | | | | Net Available | | | $209,528.53 | | $0.00 | $209,528.53 |

**Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder / Description of Collateral (or "None" if appropriate) | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| **Internal Revenue Service** None | Priority | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 1 | 59 | Pro-Rata | $4,665.59 |
| **Law Office of P.J. Franklin, P.C.** None | Priority | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 1 | 59 | Pro-Rata | $4,000.00 |
| **Chase** 10703 Karter Court, Houston TX | Principal Res. (Arrearage) | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 1 | 59 | Pro-Rata | $35,000.00 |
| **Chase** 10703 Karter Court, Houston TX | Principal Res. | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 1 | 60 | $2,352.87 | $141,172.20 |
| **Ally Financial** 2011 Cadilac Escalade | Secured | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 0.00% | 1 | 59 | Pro-Rata | $1,000.00 |
| **First Community Cred U** 2011 Infiniti | Secured | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 5.25% | 1 | 59 | Pro-Rata | $6,982.73 |
| **Internal Revenue Service** income | Secured | | Total Pre-Modification Payments by Trustee | | | -- |
| | | 1.25% | 1 | 59 | Pro-Rata | $14,391.87 |
| | | | | | Grand Total | $207,212.39 |

_____

\* The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.

Case No:   15-34832
Debtor(s):   **Damon Darron Jones**
**Nicole Renee Jones**

| SUMMARY OF PAYMENTS | |
|---|---:|
| Net Available to Creditors (Must Equal Net Available from Column G Above) | **$209,528.53** |
| Less Estimated Attorneys' fees | **$4,000.00** |
| Less Total to Priority Creditors | **$4,665.59** |
| Less Total to Secured Creditors | **$198,546.80** |
| Net Available for Unsecured Creditors | **$2,316.14** |
| Estimated General Unsecured Claims | **$220,352.83** |
| Forecast % Dividend on General Unsecured Claims | **1%** |

| BEST INTEREST TEST | |
|---|---:|
| Value of total non-exempt property | **$0.00** |
| Total distributions to all priority and general unsecured creditors | **$10,981.73** |