**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In Re: Damon Darron Jones                                        Case No: 15-34832-H5-13
      Nicole Renee Jones
      Debtor(s)

## AMENDED TRUSTEE'S MOTION TO DISMISS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.** If a response is filed, a hearing on this motion will be held at 9:30 am on Tuesday, April 19, 2016 at the U.S. Courthouse, 515 Rusk, Courtroom # 403.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

     COMES NOW, William E. Heitkamp, Chapter 13 Trustee filing this MOTION TO DISMISS, and would show the Court that the above-referenced case should be dismissed for the following:

1. The debtors have not filed their federal income tax return for the following years: 2013. Therefore the debtors are not able to meet the burden of proving that the plan complies with 11 U.S.C. Sec. 1322 (A) (2).

2. The current Plan #48 is not feasible. Plan payments months 1-5 do not cover the Trustee's percentage, the ongoing mortgage payment and Adequate Protection payments.

     Wherefore, the Trustee prays that the case be dismissed, or converted to Chapter 7, whichever shall be determined to be in the creditors' best interest.

                                                        RESPECTFULLY SUBMITTED,

                                                        /s/ William E. Heitkamp
                                                        WILLIAM E. HEITKAMP, TRUSTEE
                                                        Admissions Id. No. 3857
                                                        Kenneth P. Thomas, Staff Attorney
                                                        Admissions Id. No. 1347
                                                        Tiffany D. Reyes, Staff Attorney
                                                        Admissions Id. No. 1419995

                                                        **ADDRESS FOR CORRESPONDENCE ONLY:**
                                                        9821 KATY FREEWAY, SUITE 590
                                                        HOUSTON, TX 77024
                                                        (713) 722-1200 TELEPHONE
                                                        (713) 722-1211 FACSIMILE
                                                        **ADDRESS FOR PAYMENTS ONLY:**
                                                        P.O. BOX 740
                                                        MEMPHIS, TN  38101-0740

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this foregoing document was sent to the Debtor(s), Debtor's Attorney, the U.S. Trustee and all creditors and parties in interest on or about the time this document was electronically filed with the Clerk on 4/7/2016.

Electronically signed by
/s/ William E. Heitkamp
William E. Heitkamp, Chapter 13 Trustee