IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| In Re: | § | Case No: |
| | § | |
| Damon Darron Jones | § | |
| Nicole Renee Jones | § | 15-34832-H5-13 |
| | § | |
| DEBTORS | § | CHAPTER 13 |
| | § | |

ENTERED
10/20/2016

ORDER CONFIRMING CHAPTER 13 PLAN

At Houston, Texas, on this date, the Court considered the issue of confirmation of the Chapter 13 Plan filed by the debtors on Wednesday, May 11, 2016, at Docket #62, in the above captioned cause. The Trustee and the Debtor have represented that proper notice of the plan, and the deadline for filing objections to the plan have been given and that no objections to the confirmation of the plan considered have been filed. Accordingly, the Court does hereby APPROVE and CONFIRM the Chapter 13 Plan filed 5/11/2016, at docket # 62. The Trustee is hereby authorized to disburse funds in accordance with the provisions of the plan.

The Confirmation Order is not binding on the Internal Revenue Service. In addition to the monthly payments called for under the plan, the Debtor shall turnover all future bonuses to the Trustee for distribution to the unsecured creditors.

DATED: OCT 18 2016

UNITED STATES BANKRUPTCY JUDGE