IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-34832-H5-13 |
| | § | |
| DAMON DARRON JONES | § | |
| NICOLE RENEE JONES | § | |
| DEBTOR | § | CHAPTER 13 |
| | § | |

## CHAPTER 13 TRUSTEE'S NOTICE OF PLAN DEFICIENCY

The undersigned Chapter 13 Trustee is in receipt of a proof of claim specifying the amount of the monthly installment and arrearage due on a claim dealt with in the Chapter 13 Plan pursuant to 11 U.S.C. § 1322(b)(5).

The name of the claimant is Rushmore Loan Management Services. The proof of claim appears on the claims register of the Court at claim number 13 (filed 11/1/16).

The proof of claim was filed after the date on which the Court confirmed the Chapter 13 Plan, thus, the plan and the Order Confirming Chapter 13 Plan, were based on the estimated monthly payment amount provided in the debtor's proposed plan. The amount of the payment in the proposed plan is $2,352.87. The amount of the monthly payment according to the proof of claim is $2,563.92 beginning in October 1, 2015.

The proof of claim provides a pre-petition arrears amount of $36,015.34.

Pursuant to 11 U.S.C. Sec. 502, the proof of claim is deemed allowed unless a party in interest objects. Pursuant to paragraph 4(A) of the plan, and Bankruptcy Local Rule 3015-1(a)(4), payments must be disbursed to the claimant in the amount expressed in the proof of claim. Therefore, notice is hereby given that the plan no longer meets the requirements of 11 U.S.C. Sec. 1325 (a), because the total of the payments provided are not sufficient to pay the secured and priority claims in full.

Unless within 30 days from the date of this notice you either object to the claim, or file a motion to modify the confirmed plan pursuant to Bankruptcy Local Rule 3015-1 (d) or (e), the trustee will file a motion to dismiss the case.

**RESPECTFULLY SUBMITTED,**

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions Id. No. 3857
9821 Katy Freeway
Suite 590
Houston, Texas 77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on November 18, 2016, either electronically or via U.S. First Class Mail.

| | | |
|---|---|---|
| United States Trustee | Pamela J Franklin | Damon Darron Jones |
| 515 Rusk Avenue | 7322 Southwest Freeway | Nicole Renee Jones |
| Suite 3516 | #700 | 10703 Karter Court |
| Houston, TX 77002 | Houston, TX 77074 | Houston, TX 77064 |

    /s/ William E. Heitkamp
William E. Heitkamp, Trustee