IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-34832-H5-13 |
| | § | |
| **Damon Darron Jones** | § | |
| **Nicole Renee Jones** | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT

**NOTICE IS HEREBY GIVEN,** that on April 10, 2017, Rushmore Loan Management Services filed a Notice of Mortgage Payment Change (docket #96). No party in interest filed a timely motion seeking review of the proposed adjustment. Therefore, pursuant to Paragraph 1 of the Chapter 13 plan, the Trustee has adjusted the Chapter 13 plan payment as follows:

Effective with the May 15, 2017 payment, the Chapter 13 plan payment is increased by the sum of $1,331.94, for a total payment of $4,331.94, and this increase is effective to all subsequent plan payments, unless otherwise ordered by the Court. Failure of the Debtor to comply with this adjustment shall be grounds for dismissal of this case.

**RESPECTFULLY SUBMITTED,**

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
9821 Katy Freeway Suite 590
Houston, TX  77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on May 11, 2017, either electronically or via U.S. First Class Mail.

| United States Trustee | Debtor's Attorney: | Damon Darron Jones |
|---|---|---|
| 515 Rusk Avenue | Franklin, Pamela J | Nicole Renee Jones |
| Suite 3516 | 7322 Southwest Freeway #700 | 10703 Karter Court |
| Houston, Tx  77002 | Houston, Tx  77074 | Houston, Tx  77064 |

/s/ William E. Heitkamp
William E. Heitkamp, Trustee