In The United States Bankruptcy Court
For The Southern District of Texas
Houston Division

In Re: Damon Darron Jones
Nicole Renee Jones

Case No: 15-34832-H5-13

Chapter 13 Bankruptcy

Debtor(s)

**AMENDED MOTION FOR ENTRY OF AN ORDER DIRECTING THE DEBTOR'S EMPLOYER TO PAY TRUSTEE**

Movant is, WILLIAM E. HEITKAMP, CHAPTER 13 TRUSTEE.

Pursuant to Bankruptcy Local Rule 2003(c) the Trustee requests entry of an Order Directing the Debtor's Employer to Pay Trustee.

The Court has the authority to enter this order pursuant to Bankruptcy Code Sections 105, 363(e), 1306, and 1326(a)(3). The Debtor has consented to the entry of this order by providing the Trustee with the required authorization form containing the employer information set forth on the attached proposed order.

Notice of this motion need not be given to anyone because the debtors have consented to entry of this order.

WHEREFORE, PREMISES CONSIDERED, Movant prays for entry of an order directing the debtor's employer to deduct the amount of the debtor's monthly Chapter 13 Plan Payment from the wages earned by the debtor and to remit said sum to

WILLIAM E. HEITKAMP, TRUSTEE.
P. O. BOX 740
MEMPHIS, TN 38101-0740.

Respectfully Submitted,

/s/ William E. Heitkamp_____
William E. Heitkamp, Trustee
Admissions I.D.No.3857
9821 Katy Freeway, Suite 590
Houston, Texas 77024

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was sent to the Debtor's Attorney via electronic noticing.

William E. Heitkamp, Trustee