IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re: Damon Darron Jones  
Nicole Renee Jones  
Debtor

Chapter 13 Case No: 15-34832-H5-13

### AMENDED ORDER TO THE EMPLOYER TO PAY THE TRUSTEE

Upon representations of the Trustee the Court finds that:

The above named individuals have filed a petition for relief under Title 11, United States Code, Chapter 13 (Chapter 13 of The United States Bankruptcy Code). This Court has jurisdiction of the debtors and their earnings pursuant to 28 U.S. Code, Sec. 157. Pursuant to Sections 105, 363(e), 1306, and 1326(a)(3) of the Bankruptcy Code, and Bankruptcy Local Rule 2003(c), the Court hereby orders the employer of Damon Darron Jones the above referenced debtor:

CAVALIERS HOLDINGS LLC  
1 CENTER COURT  
ATTN: PAYROLL  
CLEVELAND, OH 44115

to deduct the amount of the periodic Chapter 13 plan payment from the earnings of Damon Darron Jones, and to promptly remit the amounts deducted to the Chapter 13 Trustee serving in the case. The payments shall be made payable to the Trustee, and mailed to the following address:

William E. Heitkamp, Chapter 13 Trustee  
P.O. Box 740  
Memphis, TN 38101-0740

The Chapter 13 case number printed in the upper right hand portion of this order shall be noted on the check or voucher accompanying the check.

The amount of the periodic payment due to the Trustee is as follows:

| DebtorLongName | PayeeLongName | Frequency | Start Date | Periods | Amount |
|---|---|---|---|---|---|
| Damon Darron Jones | CAVALIERS HOLDINGS LLC | MONTHLY | 08/15/2016 | 9 | $3,000.00 |
| Damon Darron Jones | CAVALIERS HOLDINGS LLC | MONTHLY | 05/15/2017 | 5 | $4,331.94 |
| Damon Darron Jones | CAVALIERS HOLDINGS LLC | MONTHLY | 10/15/2017 | EOP | $5,581.94 |

EOP = End Of Plan

The employer is authorized to withhold sums from the debtor on a weekly, semi-monthly, bi-weekly, or other basis consistent with the payroll procedures used by the employer, but shall remit sums to the Trustee no less frequently than once each month. Deductions shall commence in the first pay period for which the deductions are administratively feasible following the receipt by the employer of a copy of this order. The deductions shall continue during the term of the debtor's employment until the Trustee notifies the employer that the deductions are no longer necessary due to completion or termination of the case. In the event the debtor's employment is terminated, the employer shall notify the Trustee.

The amount of the periodic payment to the Trustee may change during the term of the Chapter 13 case, and upon notification of the change by the Trustee, the employer is authorized to deduct the amount specified by the Trustee.

The employer may continue to make all other deductions from the wages of the debtor that are authorized by law or by the agreement between the debtor and the employer, such as child support, taxes, insurance, union dues, and other benefits, that are not prohibited by the commencement of the Chapter 13 case.

DATED: _____


_____
U.S. BANKRUPTCY JUDGE