IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | | |
| Damon Darron Jones | § | |
| Nicole Renee Jones | § | CASE NO. 15-34832 |
| *Debtor (s)* | § | |
| | § | |
| | § | CHAPTER 13 |

**DEBTORS' NOTICE OF WITHDRAWAL OF DOCUMENT #54 OBJECTION TO INTERNAL REVENUE SERVICE PROOF OF CLAIM**

**NOW COMES,** Damon Darron Jones and Nicole Renee Jones, debtors who file this withdrawal of document number 54, Debtors' Objection to the Internal Revenue Service's Proof of Claim filed as document number 4. The objection has been resolved with the filing of the IRS's amended proof of claim.

Date:  May 17, 2017

Respectfully Submitted,

**/s/ PAMELA J. FRANKLIN**

Pamela J. Franklin
7322 Southwest Freeway, Ste. 700
Houston, TX 77074
(713) 414-3066 Tel.
(713) 414-3067 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:
Damon Darron Jones § 
Nicole Renee Jones § CASE NO. 15-34832
　　　*Debtor (s)* §
§
§ CHAPTER 13

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing notice of withdrawal of document was served on the 17th day of May 2017 to all interested parties.

/s/PAMELA J. FRANKLIN
PAMELA J. FRANKLIN