

ENTERED
05/15/2017

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In Re: Damon Darron Jones<br>Nicole Renee Jones<br>Debtor | Chapter 13 Case No: 15-34832-H5-13 |

## AMENDED ORDER TO THE EMPLOYER TO PAY THE TRUSTEE

Upon representations of the Trustee the Court finds that:

The above named individuals have filed a petition for relief under Title 11, United States Code, Chapter 13 (Chapter 13 of The United States Bankruptcy Code). This Court has jurisdiction of the debtors and their earnings pursuant to 28 U.S. Code, Sec. 157. Pursuant to Sections 105, 363(e), 1306, and 1326(a)(3) of the Bankruptcy Code, and Bankruptcy Local Rule 2003(c), the Court hereby orders the employer of Damon Darron Jones the above referenced debtor:

CAVALIERS HOLDINGS LLC
1 CENTER COURT
ATTN: PAYROLL
CLEVELAND, OH 44115

to deduct the amount of the periodic Chapter 13 plan payment from the earnings of Damon Darron Jones, and to promptly remit the amounts deducted to the Chapter 13 Trustee serving in the case. The payments shall be made payable to the Trustee, and mailed to the following address:

William E. Heitkamp, Chapter 13 Trustee
P.O. Box 740
Memphis, TN 38101-0740

The Chapter 13 case number printed in the upper right hand portion of this order shall be noted on the check or voucher accompanying the check.

The amount of the periodic payment due to the Trustee is as follows:

| DebtorLongName | PayeeLongName | Frequency | Start Date | Periods | Amount |
|---|---|---|---|---|---|
| Damon Darron Jones | CAVALIERS HOLDINGS LLC | MONTHLY | 08/15/2016 | 9 | $3,000.00 |
| Damon Darron Jones | CAVALIERS HOLDINGS LLC | MONTHLY | 05/15/2017 | 5 | $4,331.94 |
| Damon Darron Jones | CAVALIERS HOLDINGS LLC | MONTHLY | 10/15/2017 | EOP | $5,581.94 |

EOP = End Of Plan

The employer is authorized to withhold sums from the debtor on a weekly, semi-monthly, bi-weekly, or other basis consistent with the payroll procedures used by the employer, but shall remit sums to the Trustee no less frequently than once each month. Deductions shall commence in the first pay period for which the deductions are administratively feasible following the receipt by the employer of a copy of this order. The deductions shall continue during the term of the debtor's employment until the Trustee notifies the employer that the deductions are no longer necessary due to completion or termination of the case. In the event the debtor's employment is terminated, the employer shall notify the Trustee.

The amount of the periodic payment to the Trustee may change during the term of the Chapter 13 case, and upon notification of the change by the Trustee, the employer is authorized to deduct the amount specified by the Trustee.

The employer may continue to make all other deductions from the wages of the debtor that are authorized by law or by the agreement between the debtor and the employer, such as child support, taxes, insurance, union dues, and other benefits, that are not prohibited by the commencement of the Chapter 13 case.

Signed:   May 12, 2017

Karen K. Brown
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:
Damon Darron Jones
Nicole Renee Jones
    Debtors

Case No. 15-34832-kkb
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0541-4     User: ShoshanaA     Page 1 of 1     Date Rcvd: May 15, 2017
                         Form ID: pdf005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.
db/jdb         +Damon Darron Jones,    Nicole Renee Jones,    10703 Karter Court,    Houston, TX 77064-3466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:
         Jennine Y Hovell-Cox    on behalf of Creditor    MTGLQ Investors, LP
          Jennine.Hovell-Cox@tx.cslegal.com,   bkdept@tx.cslegal.com
         Karen Kay Maston    on behalf of Creditor     Internal Revenue Service karen.maston@usdoj.gov,
          nicole.robbins@usdoj.gov;caseview.ecf@usdoj.gov;nrobbins@usdoj.gov;sydnie.kempen@usdoj.gov;skempen@usdoj.gov
         P.J.    Franklin     on behalf of Debtor Damon Darron Jones pjf@pjfranklin.com,
          ecfnotices@pjfranklin.com
         P.J.    Franklin     on behalf of Joint Debtor Nicole Renee Jones pjf@pjfranklin.com,
          ecfnotices@pjfranklin.com
         Paul Robert Lawrence    on behalf of Creditor    Ally Financial Inc. prlawrence@LBandD.com,
          cbrown@lbandd.com
         US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
         William E. Heitkamp     heitkamp@ch13hou.com
                                                                                                              TOTAL: 7