**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-34832 |
| | § | |
| DAMON DARRON JONES & | § | |
| NICOLE  RENEE JONES | § | CHAPTER 13 |
| | § | |
| DEBTORS | § | |
| | § | |

**DEBTORS' VOLUNTARY MOTION TO DISMISS**

**IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.**

**IF THE PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY-ONE DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.**

TO HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, DAMON DARRON JONES and NICOLE RENEE JONES, Debtors in the above-entitled and numbered cause, and move for the dismissal of the cause of action.

Debtors, DAMON DARRON JONES and NICOLE RENEE JONES, filed a voluntary petition for relief under Chapter 13 of title 11 of the United States

Code on September 15, 2015.  Debtors no longer desire to prosecute this case.

Debtors understand their ability to refile a bankruptcy may be precluded for a

period of one hundred eighty (180) days.

WHEREFORE, Debtors, DAMON DARRON JONES and NICOLE RENEE

JONES, prays that her voluntary petition be dismissed and that they have such

other and further relief as is just.


Date :   16th day of November, 2017          */s/ Pamela J. Franklin*
                                             TBN #00785355
                                             7322 Southwest Freeway, Suite 700
                                             Houston, TX 77074
                                             (713) 414-3066 Telephone
                                             (713) 414-3068 Facsimile
                                             Attorney for Debtors


I, DAMON DARRON JONES have read the forgoing motion to dismiss and

understand that by filing this motion, my ability to refile another bankruptcy

may be precluded for a period of one hundred-eighty (180) days.

/s/ Damon Darron Jones
10703 Karter Court
Houston, TX 77064


I, NICOLE RENEE JONES have read the forgoing motion to dismiss and

understand that by filing this motion, my ability to refile another bankruptcy

may be precluded for a period of one hundred-eighty (180) days.

/s/ Nicole Renee Jones
10703 Karter Court
Houston, TX 77064