UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-34832 |
| | § | |
| DAMON DARRON JONES & | § | |
| NICOLE RENEE JONES | § | CHAPTER 13 |
| | § | |
| DEBTORS | § | |
| | § | |

## ORDER GRANTING MOTION TO DIMISS

CAME ON to be considered Debtors' Motion to Dismiss, and the Court, after reviewing the Motion is of the opinion that said motion should be GRANTED. It is therefore, ORDERED, ADJUDGED AND DECREED, that Debtors' Voluntary petition filed herein on September 15th, 2015, be and the same is hereby dismissed.

DATED:_____

_____
KAREN BROWN
**UNITED STATES BANKRUPTCY JUDGE**