IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-34832 |
| | § | |
| DAMON DARRON JONES & | § | |
| NICOLE RENEE JONES | § | CHAPTER 13 |
| | § | |
| DEBTORS | § | |
| | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Voluntary Motion to Dismiss was served on November 19, 2017, by Certified Mail Return Receipt Requested and/or by U.S. Mail postage-prepaid, electronic mail by the clerk of the court, fax and/or hand delivered to the creditor, U.S. Trustee, Chapter 13 Trustee and all parties requesting notice.

/s/ Pamela J. Franklin
Pamela J. Franklin