**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Damon Darron Jones
Nicole Renee Jones
**Debtor(s)**

Case No.: 15–34832
Chapter: 13

ENTERED
03/19/2018

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 3/19/18



KAREN K BROWN
United States Bankruptcy Judge